PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HIGUERA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, ET AL., <br><br> Defendants. | CASE NO.  2:23-CV-00486-DJC-JDP <br><br> STIPULATION AND ORDER RE: DISMISSAL |

The parties hereby stipulate to the dismissal of this action in its entirety without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), each side to bear their own costs of litigation.

                                                 Respectfully submitted,

Dated:  May 3, 2023                    PHILLIP A. TALBERT
                                                 United States Attorney

                                      By:   /s/ ELLIOT C. WONG
                                                  ELLIOT C. WONG
                                                 Assistant United States Attorney

Dated:  May 3, 2023                    /s/ SASHA F. GANJI
                                               SASHA F. GANJI
                                               Counsel for Plaintiff

1

ORDER

IT IS SO ORDERED.

Dated: May 3, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE